**Exhibit A to the Complaint**

**Location:** Norwalk, CT

**Total Works Infringed:** 24

**IP Address:** 67.83.151.128

**ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|------------|
| 1 | E12C003246B83B76DC861765D6E9B1BC09E79EA4 | Blacked Raw | 10/19/2018 23:43:37 | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 2 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 07/24/2018 03:31:13 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 3 | 259A2C3790345E1C8DE8609B1D36987D0AA87E7C | Blacked | 10/12/2018 23:58:58 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 4 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | Blacked Raw | 08/07/2018 01:59:21 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 5 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | Blacked Raw | 07/29/2018 04:51:37 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 6 | 623D4B76B7DEFED0C91EDD5FE108D7E986691273 | Blacked Raw | 07/12/2018 03:02:01 | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 7 | 628B68825D76E58E7D4FD13905CECE3D6CAFF612 | Blacked | 08/18/2018 23:26:49 | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 8 | 62B10487C969CB6C380CDC7FE272B8F5FB6B0635 | Blacked Raw | 08/27/2018 06:29:41 | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 9 | 67D95FCED9B00C108A63588568A4B4CC34737EE5 | Blacked | 07/12/2018 03:01:54 | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 10 | 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 | Blacked Raw | 09/09/2018 06:31:23 | 09/04/2018 | 11/01/2018 | 17093718081 |
| 11 | 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE | Blacked Raw | 10/25/2018 03:55:29 | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 12 | 7EE851E09AB8BD5EB069382157EDEA8F2196F6D3 | Blacked Raw | 09/09/2018 06:32:14 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 13 | 9FE743BAF7076C7B1416416DCB8787E922B10AE8 | Blacked | 10/25/2018 04:05:35 | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 14 | 9FF80B2839A26436102D5F29181B6B608EAAC14F | Blacked | 07/24/2018 03:29:25 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 15 | BAD75195496C3F56CBEC5CD9B3F688F984405229 | Blacked | 10/17/2018 03:07:27 | 09/02/2018 | 11/01/2018 | 17093751603 |
| 16 | BC8ACAF0DC42FB3CEEDEB0DC51C20206FDBB20E4 | Blacked Raw | 07/12/2018 02:49:19 | 07/11/2018 | 08/07/2018 | PA0002131894 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | Blacked Raw | 07/24/2018 03:30:49 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 18 | C4D547831620292BAA2C18F6B30D7D0228151536 | Blacked Raw | 07/31/2018 23:08:05 | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 19 | D852FA52B433E33281CD4D63EF0F9B59CEF29B62 | Blacked Raw | 09/15/2018 03:59:40 | 09/14/2018 | 11/01/2018 | 17093717743 |
| 20 | DED0A19310C430066DA584DFF6FFE474EC3D7A5C | Blacked Raw | 11/10/2018 07:09:14 | 11/08/2018 | 12/09/2018 | 17210230993 |
| 21 | E6990CFF6229E49B81BC517342C9EB350EE10FB3 | Blacked | 08/03/2018 22:25:28 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 22 | ECEC874C21239A30F35D90C14D825619A4E8486A | Blacked Raw | 08/22/2018 05:53:30 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 23 | F7479DF34AAC4301BFEEACE6A3872B78BEB7F9B5 | Blacked | 07/31/2018 05:05:46 | 07/29/2018 | 09/05/2018 | PA0002135679 |
| 24 | FE14ADE82FF2485EC91596EA5FFA5176B048BE2B | Blacked Raw | 07/24/2018 03:30:38 | 07/21/2018 | 09/01/2018 | PA0002119592 |